```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES OF AMERICA,           )
                                    )   No. CR-11-113-WFN-2
                Plaintiff,          )
                                    )   ORDER GRANTING UNOPPOSED
v.                                  )   MOTION TO TRAVEL
                                    )
JON RICHARD VIVIAN,                 )
                                    )
                Defendant.          )
                                    )

Before the court is Defendant's Motion to amend. Defendant wishes to travel to Wyoming from December 23 through December 28, 2011.

**IT IS ORDERED:**

1. Defendant'S unopposed Motion to Amend Pretrial Release Conditions **(ECF No. 79)** is **GRANTED.**

2. Defendant shall be allowed to travel with his long-time girlfriend to visit her family in Wyoming for the Christmas holiday from December 23 through December 28, 2011. Defendant shall notify Pretrial Services of his travel arrangements and where he will be staying.

DATED December 8, 2011.

                        S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO TRAVEL - 1